TOMHANNOCK, LLC, Respondent, v ROUSTABOUT RESOURCES, LLC, Appellant, et al., Defendants.

Decided September 5, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Judge STEIN taking no part.